**E-FILED March 11, 2025**

**MICHAEL J. HARKER, ESQ.**
Nevada Bar No. 005353
2901 El Camino Ave., Suite 200
Las Vegas, Nevada 89102
Mharker@harkerlawfirm.com
(702) 248-3000
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re.

JOSE JAIMES VERA and PRISILA
MENDEZ-DELGADO

          Debtors.

_____

JOSE JAIMES VERA and PRISILA
MENDEZ-DELGADO,

          Plaintiffs,

vs.

MR. COOPER d/b/a NATIONSTAR
MORTGAGE LLC., a Limited Liability
Company; and MTC FINANCIAL INC., a
Corporation,

          Defendants.

BK-S-14-13093-abl
Chapter 11

ADV. PROC. NO.: 23-01158-abl

**STIPULATION TO DISMISS
ADVERSARY CASE**

The parties hereby having reached an agreement and for good cause appearing;

    IT IS HEREBY STIPULATED between Plaintiffs JOSE JAIMES VERA and PRISILA

MENDEZ-DELGADO, and Defendants, MR. COOPER d/b/a NATIONSTAR MORTGAGE LLC.,

that the underlying adversary case captioned above shall be dismissed with prejudice, each side to

bear their own costs and attorneys fees.

Submitted by:
/s/ Michael J. Harker
MICHAEL J. HARKER, ESQ.
2901 El Camino Ave., Suite 200
Las Vegas, NV 89102
(702) 233-5040
Attorney for Plaintiff

Approved/Disapproved as to form and content:
/s/ Holly E. Cheong
HOLLY E. CHEONG, ESQ.
8985 S. Eastern Ave., #200
Las Vegas, NV 89123
(213) 928-9800
Attorney for Defendant NATIONSTAR
MORTGAGE LLC., d/b/a MR. COOPER

1

vera.bk.adv.stip2dismiss03.25mw.wpd

**MICHAEL J. HARKER**
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000 - Fax (702) 425-7290

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**MICHAEL J. HARKER**
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000 - Fax (702) 425-7290

2

vera.bk.adv.stip2dismiss03.25mw.wpd